1  Kathleen J. England
   Nevada Bar No. 206
2  **ENGLAND LAW OFFICE**
   630 S. Third Street
3  Las Vegas, Nevada 89101
   Telephone: 702.385.3300
4  Facsimile: 702.385.3823
   kengland@englandlawoffice.com
5
   Attorneys for Plaintiff ALEXIS GURSHIN
6
   Bethany A. Pelliconi (admitted *pro hac vice*)
7  California Bar No. 182920
   Lindsay L. Ryan (admitted *pro hac vice*)
8  California Bar No. 258130
   **McGuireWoods LLP**
9  1800 Century Park East, 8th Floor
   Los Angeles, California  90067-1501
10 Telephone:  310.315.8200
   Facsimile:  310.315.8210
11 bpelliconi@mcguirewoods.com
   lryan@mcguirewoods.com
12 (additional counsel listed on next page)

13 Attorneys for Defendant
   BANK OF AMERICA, N.A.
14

15                  **UNITED STATES DISTRICT COURT**

16                       **DISTRICT OF NEVADA**

17

18 | ALEXIS GURSHIN, an individual, | CASE NO.  2:15-cv-00323-GMN-VCF |
   |---|---|

19          Plaintiff,          | **JOINT STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES SET FORTH IN AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER [DKT. #24]**

20          vs.

21 BANK OF AMERICA, NATIONAL
   ASSOCIATION; DOES 1 through X, and     **Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 6-1 and 26-4**
22 ROE BUSINESS ENTITIES I through X,
   inclusive,
23                                        **(FIRST REQUEST)**
24          Defendants.

25                                        Complaint Filed:      10/28/2014
                                          Complaint Served:     2/4/2015
26                                        Removal Date:         2/24/2015

27

28
   69729474.1

   JOINT STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES

1 | *Additional Plaintiff's Counsel*

2 | **LANGFORD MCLETCHIE**
Margaret A. McLetchie
3 |    Nevada Bar No. 10931
616 S. 8th Street
4 | Las Vegas, Nevada 89101
TEL (702) 471-6565; FAX (702) 471-6540
5 | maggie@nvlitigation.com

6 | *Additional Defendant's Counsel*
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
7 | Sheri M. Thome, Esq.
   Nevada Bar No. 008657
8 | Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
9 | 300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
10 | TEL (702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
11 | chad.butterfield@wilsonelser.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

69729474.1

JOINT STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES

The parties, Plaintiff Alexis Gurshin ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (collectively, the "Parties"), through their respective attorneys of record, hereby move the Court to extend the Expert Witness Disclosure Deadlines set by this Court in the May 5, 2015, Amended Order Granting Joint Discovery Plan and Scheduling Order (Dkt. #24).

## RECITALS

WHEREAS, the Amended Order Granting Joint Discovery Plan and Scheduling Order (Dkt. #24) set the following dates (among other deadlines that have either already expired or for which the Parties do not seek extensions):

1. **Expert Reports and Expert Disclosures:** August 27, 2015

2. **Expert Rebuttal Reports and Disclosures:** September 29, 2015

WHEREAS, Fed. R. Civ. P. 16(b)(4) and Local Rule 26-4 require good cause and judicial consent as prerequisites to modifying a scheduling order;

WHEREAS, based on the progress of the above-referenced action, the Parties believe a sixty (60) day extension of all expert disclosure deadlines is necessary to resolve outstanding discovery issues, including finalization of a proposed Stipulated Protective Order, and to complete outstanding document productions prior to the preparation of expert reports;

WHEREAS, the Parties have completed the following discovery:

1. Defendants have propounded written Interrogatories, Requests for Admission, and Requests for Production of Documents. Plaintiff has provided written responses to Defendant's Interrogatories, Requests for Admission, and has provided written responses to Defendant's 1st (and only) Set of Requests for Production of Documents; Defendant claims it did not receive this and the parties are attempting to sort out the details and problems with service. The Parties are further currently meeting and conferring regarding the sufficiency of Plaintiff's written discovery responses.

2. Pursuant to Defendant's Requests for Production of Documents and a prior agreement

69729474.1

3

1   between counsel, Plaintiff has produced some, but not all, responsive documents. The
2   Parties are currently meeting and conferring regarding these outstanding documents.
3   Plaintiff produced thousands of pages of documents in her second and third
4   productions on July 7 and July 9, 2015.

5   3.  The Parties are working to finalize a proposed Stipulated Protective Order to facilitate
6       the production of certain confidential and/or privileged documents, including but not
7       limited to, some of Defendant's confidential records as well as Plaintiff's medical
8       records. On May 11, 2015, Defendant's counsel provided a proposed Stipulated
9       Protective Order to Plaintiff's counsel. On July 31, 2015, Plaintiff's counsel provided
10      proposed revisions to the Stipulated Protective Order. Defendant's attorneys are
11      currently reviewing these proposed revisions and the Parties hope to finalize the
12      proposed Stipulated Protective Order within the next week.

13  4.  Plaintiff propounded one set of written Interrogatories, one set of Requests for
14      Admission, and four sets of Requests for Production of Documents, some of which
15      Defendant claims they did not receive. Defendant is currently preparing responses to
16      this discovery which will come due in August and early September 2015. Defendant
17      produced a personnel file and a medical file on July 30, 2015.

18  5.  Defendant has propounded numerous subpoenas for employment records to Plaintiff's
19      various employers subsequent to her employment with Defendant, and Defendant has
20      propounded numerous subpoenas for medical records to Plaintiff's medical providers.
21      Defendant has received some records responsive to said subpoenas, while some records
22      are outstanding. None of these documents received have been provided to Plaintiff.

23

24      WHEREAS, the following discovery remains to be completed because either responses are
25  outstanding and/or the Parties are currently engaging in meet and confer efforts to resolve
26  outstanding disputes:

27  1.  As indicated above, the Parties are currently meeting and conferring regarding the
28      sufficiency of Plaintiff's written discovery responses and the outstanding written

69729474.1

4

responses to Defendant's Requests for Production of Documents.

2. As indicated above, Defendant is currently preparing responses to Plaintiff's propounded discovery, which have not yet become due.

3. As indicated above, the Parties are working to finalize a proposed Stipulated Protective Order, after which the Parties will be able to produce documents responsive to outstanding document requests or documents which the Parties previously agreed to produce without formal document requests.

4. As indicated above, some records responsive to record subpoenas served by Defendant remain outstanding.

5. Defendant is scheduled to take the deposition of Plaintiff on August 26, 2015, and the depositions of two third party witnesses (Plaintiff's parents) on August 27, 2015.

6. Plaintiff anticipates noticing various depositions of relevant Bank representatives and/or Bank employees.

7. The Parties are meeting and conferring regarding any potential independent medical or psychiatric examination(s) of Plaintiff.

WHEREAS, despite the diligence of the Parties throughout this litigation, in light of the outstanding discovery issues and outstanding discovery requests, the Parties cannot reasonably meet the current expert disclosure deadlines because the information and documents at issue in the outstanding discovery identified above are critical to any expert's analysis and preparation of an expert report;

WHEREAS, the outstanding discovery issues and outstanding discovery requests could not reasonably have been foreseen at the time of the issuance of the Parties' filing of the Joint Discovery Plan and Scheduling Order (Dkt. #22);

WHEREAS, the Parties do not believe the sixty (60) day extension sought hereby will prejudice any party or result in undue delay;

JOINT STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES

1

2       WHEREAS, this is the Parties' first request for an extension of any deadlines in this

3   matter;

4

5       WHEREAS, no trial date has been set in this matter;

6

7       Accordingly, the Parties have mutually agreed upon an extension of the expert disclosure

8   deadlines of sixty (60) days, during which the parties will diligently work to finalize a Stipulated

9   Protective Order, exchange all outstanding documents, complete all meet and confer efforts, file

10  any necessary discovery motions, and complete all discovery based on the Court's rulings.  This

11  Stipulation is made in compliance with Local Rule 26-4 as it is being filed within twenty-one (21)

12  days before the expiration of each of the relevant deadlines.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

69729474.1                                  6

JOINT STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES

## STIPULATION

NOW, THEREFORE, based on the foregoing, the Parties hereby stipulate and move the Court for an Order extending the following deadlines as follows:

1. **Expert Reports and Expert Disclosures:** October 26, 2015

2. **Expert Rebuttal Reports and Disclosures:** November 27, 2015

**IT IS SO STIPULATED.**

Dated: August 6, 2015

Kathleen J. England
**ENGLAND LAW OFFICE**
630 S. Third Street
Las Vegas, NV 89101
kengland@englandlawoffice.com

Margaret A. McLetchie
**McLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
TEL (702) 728-5300
maggie@nvlitigation.com

Attorneys for Plaintiff ALEXIS GURSHIN

Dated: August 6, 2015

Bethany A. Pelliconi, Esq.
(admitted *pro hac vice*)
Lindsay L. Ryan, Esq.
(admitted *pro hac vice*)
**McGUIREWOODS LLP**

Sheri M. Thome, Esq.
Chad C. Butterfield, Esq.
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com

Attorneys for Defendant BANK OF AMERICA, N.A.

IT IS FURTHER ORDERED that no other deadlines in the Amended Joint Discovery Plan and Scheduling Order (#24) are extended.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2015

69729474.1

7

JOINT STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES