Kathleen J. England
Nevada Bar No. 206
**ENGLAND LAW OFFICE**
630 S. Third Street
Las Vegas, Nevada 89101
Telephone: 702.385.3300
Facsimile: 702.385.3823
kengland@englandlawoffice.com

Attorneys for Plaintiff ALEXIS GURSHIN

Bethany A. Pelliconi (admitted *pro hac vice*)
California Bar No. 182920
Lindsay L. Ryan (admitted *pro hac vice*)
California Bar No. 258130
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, California  90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210
bpelliconi@mcguirewoods.com
lryan@mcguirewoods.com
(additional counsel listed on next page)

Attorneys for Defendant
BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS GURSHIN, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; DOES 1 through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                Defendants. | CASE NO.  2:15-cv-00323-GMN-VCF<br><br>**JOINT STIPULATION TO EXTEND NON-EXPERT PRE-TRIAL DEADLINES SET FORTH IN AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER [DKT. #24]**<br><br>**Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 6-1 and 26-4**<br><br>**(FIRST REQUEST** *REGARDING THESE DEADLINES*)<br><br><br>Complaint Filed:     10/28/2014<br>Complaint Served:   2/4/2015<br>Removal Date:        2/24/2015 |

69903034.1

JOINT STIPULATION TO EXTEND NON-EXPERT PRE-TRIAL DEADLINES

1  *Additional Plaintiff's Counsel*

2  **MCLETCHIE SHELL LLC**
   Margaret A. McLetchie
3      Nevada Bar No. 10931
   701 East Bridger Ave., Suite 520
4  Las Vegas, Nevada 89101
   TEL (702) 728-5300; FAX (702) 425-8220
5  maggie@nvlitigation.com

6  *Additional Defendant's Counsel*

   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
7  Sheri M. Thome, Esq.
       Nevada Bar No. 008657
8  Chad C. Butterfield, Esq.
       Nevada Bar No. 010532
9  300 S. Fourth Street, 11th Floor
   Las Vegas, Nevada 89101
10 TEL (702) 727-1400; FAX (702) 727-1401
   sheri.thome@wilsonelser.com
11 chad.butterfield@wilsonelser.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

69903034.1                                        2

JOINT STIPULATION TO EXTEND NON-EXPERT PRE-TRIAL DEADLINES

The parties, Plaintiff Alexis Gurshin ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (collectively, the "Parties"), through their respective attorneys of record, hereby move the Court to extend the non-expert pre-trial deadlines set by this Court in the May 5, 2015, Amended Order Granting Joint Discovery Plan and Scheduling Order (Dkt. #24).

## RECITALS

WHEREAS, the Amended Order Granting Joint Discovery Plan and Scheduling Order (Dkt. #24) set the following dates (among other deadlines that have either already expired and the two expert disclosure deadlines for which the Parties already sought and received an extension):

1. **Interim Status Report:** September 15, 2015
2. **Discovery Cut-Off Date:**  November 11, 2015
3. **Dispositive Motion Deadline (File and Service):** December 11, 2015
4. **Joint Pretrial Order:** January 12, 2016

WHEREAS, Fed. R. Civ. P. 16(b)(4) and Local Rule 26-4 require good cause and judicial consent as prerequisites to modifying a scheduling order;

WHEREAS, on August 6, 2015, the Parties filed a Joint Stipulation to Extend Expert Witness Disclosure Deadlines Set Forth in Amended Joint Discovery Plan and Scheduling Order, which was granted by this Court in an Order dated August 7, 2015 [Dkt. # 32], such that the current deadline for Expert Reports and Expert Disclosures is now October 26, 2015, and the current deadline for Expert Rebuttal Reports and Disclosures is now November 27, 2015;

WHEREAS, the current discovery cut-off date of November 11, 2015 pre-dates the new Expert Rebuttal Reports and Disclosures deadline and therefore does not allow time for expert discovery following the disclosure of experts;

WHEREAS, based on the progress of the above-referenced action, the Parties believe a one-hundred (100) day extension of all remaining pre-trial deadlines (with the exception of the

expert disclosure deadlines for which the Parties already sought and received an extension to October 26, 2015 for experts, and November 27, 2015 for rebuttal experts) is necessary to resolve outstanding discovery issues, to complete outstanding document productions prior to the preparation of expert reports, and to conduct expert discovery following the recently continued expert disclosure deadlines;

WHEREAS, the Parties have completed the following discovery:

1. The parties did their Initial Disclosures in May 2015, and exchanged some documents and information for the May 15, 2015 ENE.

2. Defendant propounded written Interrogatories, Requests for Admission, and Requests for Production of Documents.  After two requested extensions, in July 2015, Plaintiff provided written responses to Defendant's Interrogatories, Requests for Admission, and has provided written responses to Defendant's 1st (and only) Set of Requests for Production of Documents.

3. In late July 2015, Defendant claimed it did not receive Plaintiff's written responses to Defendant's 1st Set of Requests for Production of Documents when originally served and the parties are attempting to sort out the details and problems with service.  The Parties are further currently meeting and conferring regarding the sufficiency of Plaintiff's written discovery responses.

4. Plaintiff has issued four document productions, the last being on August 13, 2015.

5. Pursuant to Defendant's Requests for Production of Documents and a prior agreement between counsel, Plaintiff has produced some, but not all, responsive documents.  The Parties are currently meeting and conferring regarding these outstanding documents. Plaintiff produced over one-thousand pages of documents in her second and third productions on July 7 and July 9, 2015.

6. The Parties entered into a Stipulation for a Protective Order, which was submitted and approved by this Court on September 1, 2015.

7. In July and August 2015, Plaintiff propounded one set of written Interrogatories, one

set of Requests for Admission, and four sets of Requests for Production of Documents, some of which Defendant claims they did not receive when originally served. On a requested extension, Defendant has provided written responses to all sets of discovery (except one set of Requests for Production of Documents which will be due at the end of this week), and has produced over 1200 documents as of September 3, 2015.

8. Plaintiff has requested inspection of certain original documents. The Parties are currently meeting and conferring regarding the requested inspections.

9. Defendant has propounded numerous subpoenas for employment records to Plaintiff's various employers subsequent to her employment with Defendant, and Defendant has propounded numerous subpoenas for medical records to Plaintiff's medical providers. Defendant has received some records responsive to said subpoenas, while some records are outstanding.

10. Defendant took the first session of Plaintiff's deposition during an all-day deposition on August 26, 2015. Plaintiff has agreed to appear for a second session of her deposition, and the parties are currently meet and conferring to select a mutually agreeable date, which now looks to be October 13, 2015.

11. Defendant took and completed the depositions of Plaintiff's parents, Suzanne and Bradlee Gurshin, on August 27, 2015.

WHEREAS, the following discovery remains to be completed because either responses are outstanding and/or the Parties are currently engaging in meet and confer efforts to resolve outstanding disputes:

1. As indicated above, the Parties are currently meeting and conferring regarding the sufficiency of Plaintiff's written discovery responses and the outstanding written responses to Defendant's Requests for Production of Documents.

2. As indicated above, Defendant is currently preparing responses to Plaintiff's fifth set of requests for production of documents, which have not yet become due.

3. As indicated above, some records responsive to record subpoenas served by Defendant

JOINT STIPULATION TO EXTEND NON-EXPERT PRE-TRIAL DEADLINES

remain outstanding.

4. Plaintiff anticipates noticing various depositions of relevant Bank representatives and/or Bank employees (former and current), two of which will likely be on October 20 and 21, 2015.  The parties are currently meeting and conferring to select mutually agreeable dates for depositions.  One witness, Branch Manager and alleged harasser, Jarrett Wu, no longer works for Bank of America and resides in Honolulu.  Another, the individual who investigated Plaintiff's internal harassment complaint, Sheri Madrid, no longer works for the Bank and resides in Arizona.  Plaintiff has indicated an intent to depose former Bank employee and Employee Relations Manager, Yolanda Vera, who prepared a response to Plaintiff's EEOC Charge.  Ms. Vera also resides in Arizona.  Defendant contends that Ms. Vera does not possess knowledge relevant to this lawsuit; the Parties are currently meeting and conferring regarding Ms. Vera's deposition.  Defendant declines to bring Mr. Wu, Ms. Madrid, or Ms. Vera, who are not parties to this lawsuit or current employees of Defendant, to Nevada to be deposed.

5. The Parties intend to meet and confer regarding any potential medical or psychiatric examination(s) of Plaintiff.

6. At Plaintiff's deposition, Plaintiff's counsel disclosed that Plaintiff previously only obtained records from her health care providers pursuant to a limited release, and Plaintiff disclosed additional medical care.  Plaintiff promised to obtain and produce to BANA these additional records.  The parties are currently meeting and conferring regarding the production of a complete set of medical records.

WHEREAS, despite the diligence of the Parties throughout this litigation, in light of the outstanding discovery issues and outstanding discovery requests, the Parties cannot reasonably meet the current pre-trial deadlines in light of the recently continued expert disclosure deadlines, which were recently continued because the information and documents at issue in the outstanding discovery identified above are critical to any expert's analysis and preparation of an expert report;

1  WHEREAS, the outstanding discovery issues and outstanding discovery requests could not
2  reasonably have been foreseen at the time of the issuance of the Parties' filing of the Joint
3  Discovery Plan and Scheduling Order (Dkt. #22);
4
5  WHEREAS, undersigned Plaintiff's counsel (Ms. England) has two other cases whose
6  deadlines are similar to the ones in this case, and with the intervening Thanksgiving and December
7  holidays, the parties agree this additional time will enable them to complete discovery with some
8  flexibility;
9
10  WHEREAS, the Parties do not believe the one-hundred (100) day extension sought hereby
11  will prejudice any party or result in undue delay;
12
13  WHEREAS, this is the Parties' first request for an extension of the pre-trial deadlines
14  identified in this Stipulation, and only the second request for an extension of any dates in this
15  matter;
16
17  WHEREAS, no trial date has been set in this matter;
18
19  Accordingly, the Parties have mutually agreed upon an extension of the remaining pre-trial
20  deadlines (with the exception of the expert disclosure deadlines for which the Parties already
21  sought and received an extension) of one-hundred (100) days, during which the parties will
22  diligently work to exchange all outstanding documents, complete all meet and confer efforts, file
23  any necessary discovery motions, and complete all discovery based on the Court's rulings.  This
24  Stipulation is made in compliance with Local Rule 26-4 as it is being filed within twenty-one (21)
25  days before the expiration of each of the relevant deadlines.
26  ///
27  ///
28  ///

## STIPULATION

NOW, THEREFORE, based on the foregoing, the Parties hereby stipulate and move the Court for an Order extending the following deadlines as follows:

1. **Interim Status Report:** December 21, 2015
2. **Discovery Cut-Off Date:** February 19, 2016
3. **Dispositive Motion Deadline (File and Service):** March 21, 2016
4. **Joint Pretrial Order:** April 19, 2016

IT IS SO STIPULATED.

Dated: September 14, 2015

*/s/ Kathleen J. England*
Kathleen J. England
ENGLAND LAW OFFICE
630 S. Third Street
Las Vegas, NV 89101
kengland@englandlawoffice.com

Margaret A. McLetchie
MCLETCHIE SHELL LLC
701 East. Bridger Ave., Suite 520
Las Vegas, Nevada 89101
TEL (702) 728-5300
maggie@nvlitigation.com

Attorneys for Plaintiff ALEXIS GURSHIN

Dated: September 14, 2015

*/s/ Lindsay L. Ryan*
Bethany A. Pellicori, Esq.
(admitted *pro hac vice*)
Lindsay L. Ryan, Esq.
(admitted *pro hac vice*)
MCGUIREWOODS LLP

Sheri M. Thome, Esq.
Chad C. Butterfield, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com

Attorneys for Defendant BANK OF AMERICA, N.A.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-15-2015

8

JOINT STIPULATION TO EXTEND NON-EXPERT PRE-TRIAL DEADLINES