Kathleen England, Nevada Bar No. 206
**ENGLAND LAW OFFICE**
630 S. Third Street
Las Vegas, NV 89101
(702) 385-3300
kengland@englandlawoffice.com

MARGARET A MCLETCHIE, Nevada Bar No.: 10931
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
(702) 728-5300
maggie@nvlitigation.com

*Attorneys for Plaintiff, Alexis Gurshin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS GURSHIN,<br><br>            Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; DOES 1 through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>            Defendant. | Case No. :    2:15-cv-00323-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO ORDER PLAINTIFF ALEXIS GURSHIN TO SUBMIT TO A MENTAL EXAMINATION PURSUANT TO FED. R. CIV. P. 35** |

Plaintiff, Alexis Gurshin, and Defendant Bank of America, N.A., by and through their respective attorneys of record, hereby agree and stipulate to extend the time for Plaintiff Alexis Gurshin to file her Response to Defendant's Motion to Order Plaintiff Alexis Gurshin to Submit to a Mental Examination Pursuant to Fed. R. Civ. P. 35, which is currently due on November 26, 2015, be extended to and including **December 1, 2015.** Defendant's reply will thereafter be filed and served seven (7) days after service of the response, pursuant to Local Rule 7-2(c).

1

Plaintiff's counsel requested these extensions for good cause, including the other matters being attended to in this timeframe, including depositions, and the upcoming Thanksgiving holidays, and in order to allow Plaintiff to prepare a thorough response.

| | |
|---|---|
| DATED: November 20, 2015. | DATED: November 20, 2015. |
| MCLETCHIE SHELL LLC | MCGUIRE WOODS LLP. |
| By: /s/ Margaret A. McLetchie | By: /s/ Lindsay L. Ryan |
| Margaret A. McLetchie, NBN 10931 | Bethany A. Pelliconi, *Pro Hac Vice* |
| 701 East Bridger Ave., Suite 520 | Lindsay L. Ryan, *Pro Hac Vice* |
| Las Vegas, NV 89101 | 1800 Century Park East, 8th Floor |
| | Los Angeles, CA 90067-1501 |
| Kathleen J. England, NBN 206 | Sherri M. Thome, NBN 8657 |
| ENGLAND LAW OFFICE | Chad C. Butterfield, NBN 10532 |
| 630 South Third Street | WILSON ELSER ET AL. |
| Las Vegas, NV 89101 | 300 South Fourth Street, 11th Floor |
| | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff,* | |
| ALEXIS GURSHIN | *Attorneys for Defendant,* |
| | BANK OF AMERICA, N.A. |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2015

2