# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALEXIS GURSHIN,

        Plaintiff,

vs.

BANK OF AMERICA, N.A.,

        Defendant.

2:15-cv-00323-GMN-VCF

**ORDER**

Before the court is Defendant Bank of America, N.A.'s Motion to Order Plaintiff Alexis Gurshin to Submit to a Mental Examination Pursuant to Fed. R. Civ. P. 35; Memorandum of Points and Authorities (#39).

IT IS HEREBY ORDERED that a hearing on Defendant Bank of America, N.A.'s Motion to Order Plaintiff Alexis Gurshin to Submit to a Mental Examination Pursuant to Fed. R. Civ. P. 35; Memorandum of Points and Authorities (#39) is scheduled for 11:00 a.m., January 26, 2016, in courtroom 3D.

DATED this 31st day of December, 2015.

                                                  _____
                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE