KATHLEEN J. ENGLAND, NV Bar #206
**ENGLAND LAW OFFICE**
630 South Third Street
Las Vegas, Nevada 89101
Phone: 702.385.3300; Fax: 702.385.3823
E-mail: kengland@englandlawoffice.com

MARGARET A. MCLETCHIE, NV Bar #10931
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Ste. 520
Las Vegas, Nevada 89101
Phone: 702.728-5300; Fax: 702.425.8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff, Alexis Gurshin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS GURSHIN, <br><br>　　　　　　Plaintiff,<br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; DOES 1-X, ROE BUSINESS ENTITIES I- X, inclusive,<br>Defendants | Case No. 2:15-cv-00323-GMN-VCF<br><br>**STIPULATION FOR ONE DAY EXTENSION FOR PLAINTIFF TO FILE HER REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY (Dkt. #50)**<br><br>(First Request) |

　　　　Plaintiff ALEXIS GURSHIN filed a motion to compel discovery against Defendant BANK OF AMERICA, N.A., in relation to Fed. R. Civ. Pro. 30(b)(6) depositions, on March 18, 2015, to which Defendant BANK OF AMERICA, N.A., filed an Opposition. PLAINTIFF'S Reply is due today, April 14, 2016. Due to some unexpected circumstances encountered in the past week in this and another case, Plaintiff's counsel asked counsel for Defendant BANK OF AMERICA, N.A. to extend them the courtesy of an additional day to file said Reply, and defense counsel graciously agreed to the extension but was unavailable to sign this stipulation today, and for other good and just cause,

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ALEXIS GURSHIN, through her attorney, KATHLEEN J. ENGLAND of ENGLAND LAW OFFICE

and Defendant, BANK OF AMERICA, N.A., through its attorneys, BETHANY A. PELLICONI of McGUIRE WOODS LLP., pursuant to LR 6-1, to request Court approval of a one day extension, from April 14, 2016, to **April 15, 2016,** for PLAINTIFF to file her Reply.

Respectfully submitted:

Dated: April 14, 2016

ENGLAND LAW OFFICE
By: /s/ Kathleen England
Kathleen J. England
630 South Third Street
Las Vegas, NV 89101

Margaret A. McLetchie
MCLETCHIE SHELL
701 E. Bridger, Suite 520
Las Vegas, NV 89101

*Attorneys for Plaintiff,*
*ALEXIS GURSHIN*

Dated: April _, 2016

MCGUIRE WOODS LLP.
By: (Unavailable to sign)
Bethany A. Pelliconi, *Pro Hac Vice*
Lindsay L. Ryan, *Pro Hac Vice*
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501

Sherri M. Thome
WILSON ELSER ET AL.
300 So. Fourth Street, 11th Floor
Las Vegas, Nevada 89101

*Attorneys for Defendant,*
*BANK OF AMERICA, N.A.*

**IT IS SO ORDERED.**

DATED: April 15, 2016.

_____
United States Magistrate Judge

K:\Gurshin, Alexis\Pleadings, Federal\Stip to Allow P Ext to File Reply.docx