**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ALEXIS GURSHIN, | |
| Plaintiff, | |
| vs. | 2:15-cv-00323-GMN-VCF |
| BANK OF AMERICA, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Plaintiff's Emergency Motion To Stay Subpoena and 4/27/16 Deposition Of Geoffrey Baughman Pending Resolution Of Plaintiff's Motions To Quash, For Protective Order, And For Sanctions (#70).

Plaintiff has complied with Local Rules 7-5(d) and 26-7, as well as Fed. R. Civ. P. 26(c)(1)

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Emergency Motion To Stay Subpoena And 4/27/16 Deposition Of Geoffrey Baughman Pending Resolution Of Plaintiff's Motions To Quash, For Protective Order, And For Sanctions (#70) is GRANTED.

IT IS FURTHER ORDERED that the 4/27/16 deposition of Geoffrey Baughman is stayed pending further order of this court.

IT IS FURTHER ORDERED that Geoffrey D. Baughman Insurance must make reasonable efforts to locate all documents responsive to the *Subpoena Duces Tecum*, but must not produce them to the defendant unless a later order is entered by the court directing the production of some or all of the subpoenaed documents. Defense counsel must take all reasonable steps to insure that the documents at issue are not disclosed unless later ordered by the court.

IT IS FURTHER ORDERED that a hearing is scheduled for 1:00 p.m., May 18, 2016, in courtroom 3D, on the following motions:

1. Plaintiff's Motion to Compel Discovery and Request for Sanctions (#50),

2. Defendant Bank of America, N.A.'s Motion for Protective Order Prohibiting Fed. R. Civ. P. 30(b)(6) Deposition as Noticed and the Continued Depositions of Third Party Witnesses Devan Thorns and Sheri Madrid (#51),

3. Motion to Compel (#52),

4. Motion to Quash (#53),

5. Motion to Quash (#55),

6. Motion to Seal (#56),

7. Motion for Protective Order (#57),

8. Motion for Sanctions regarding Discovery (#58), and,

9. Motion to File Under Seal (#63).

DATED this 22nd day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE