# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALEXIS GURSHIN,

        Plaintiff,

vs.

BANK OF AMERICA, *et al.*,

        Defendants.

2:15-cv-00323-GMN-VCF

**ORDER**

      Before the court is Plaintiff's Motion for Extension for Plaintiff to Late File Her Reply in Support of Hear Motion to Compel Discovery of Wu Records (ECF NO. 77).

      IT IS HEREBY ORDERED that Plaintiff's Motion for Extension for Plaintiff to Late File Her Reply in Support of Her Motion to Compel Discovery of Wu Records (ECF NO. 77) is GRANTED.

      DATED this 5th day of May, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE