**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

ALEXIS GURSHIN,

             Plaintiff,

vs.

BANK OF AMERICA, *et al.*,

             Defendants.

2:15-cv-00323-GMN-VCF

**<u>ORDER</u>**

The Court has reviewed Plaintiff's motion to file excerpts of exhibits 4 and 5 to her response to Defendant Bank of America, N.A.'s Motion for Protective Order Under Seal and Authentication Declaration (ECF No. 84).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's motion to file excerpts of exhibits 4 and 5 to her response to Defendant Bank of America, N.A.'s Motion for Protective Order Under Seal and Authentication Declaration (ECF No. 84) is GRANTED.

DATED this 25th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE