**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ALEXIS GURSHIN,

        Plaintiff,

vs.

BANK OF AMERICA, *et al.*,

        Defendants.

2:15-cv-00323-GMN-VCF

**MINUTE ORDER**

    Before the Court is Defendant Bank of America, N.A.'s Request for Discovery Conference (ECF No. 102).

    Accordingly,

    IT IS HEREBY ORDERED that Defendant Bank of America, N.A.'s Request for Discovery Conference (ECF No. 102) is GRANTED.

    IT IS FURTHER ORDERED that a discovery hearing is scheduled for 11:00 a.m., September 27, 2016, in Courtroom 3D.

    DATED this 23rd day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE