# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| ALEXIS GURSHIN,<br><br>                Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, *et al.*,<br><br>                Defendants. | 2:15-cv-00323-GMN-VCF<br><br>**<u>ORDER</u>**<br>[Plaintiff's Request for Additional Time ECF No. 107] |

Before the Court is Plaintiff's Request for Additional Time to Supplement and Respond to Defendant Bank of America's RFAs (Nos. 29-127) and Request for Extension to Oppose and Related Motion Practice.  (ECF No. 107).

Plaintiff has given sufficient reason for the extension of time to supplement and respond to discovery.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Request for Additional Time to Supplement and Respond to Defendant Bank of America's RFAs (Nos. 29-127) and Request for Extension to Oppose and Related Motion Practice (ECF No. 107) are GRANTED.

Plaintiff must serve her supplement and respond to Defendant Bank of America's Request for Admission (Nos. 29-127) on or before November 1, 2016. Any opposition to Defendant Bank of America, N.A.'s Motion for Order Deeming Admitted Defendant's Second Set of Requests for Admissions to Plaintiff, Or Alternatively, Compelling Responses (ECF No. 106) must be filed on or before November 8, 2016. Any reply in support of the Defendant Bank of America, N.A.'s Motion for Order Deeming Admitted Defendant's Second Set of Requests for Admissions to Plaintiff, Or Alternatively, Compelling

///

///

1  Responses (ECF No. 106) must be filed on or before November 15, 2016.

2      IT IS SO ORDERED.

3      DATED this 18th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE