# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALEXIS GURSHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, *et al.*,<br><br>    Defendants. | 2:15-cv-00323-GMN-VCF<br>**ORDER**<br><br>[Plaintiff's Request for Extension of Specific Motion Deadlines for Recently Arising Discovery Disputes (ECF No. 109)] |

  Having reviewed (1) Plaintiff's Request for Extension of Specific Motion Deadlines for Recently Arising Discovery Disputes (ECF No. 109), (2) Defendant Bank of America, N.A.'s Response to Plaintiff's Request for Extension of Specific Motion Deadlines for Recently Arising Discovery Disputes (ECF No. 110), and (3) Plaintiff's Reply in Support of Her Extension Request of Discovery Deadlines (ECF No. 112); and, good cause appearing,

  IT IS HEREBY ORDERED that Plaintiff's Request for Extension is GRANTED as follows:

1. On or before November 14, 2016, Plaintiff may file a discovery motion limited to three topics:

    (a) Assessment of Deposition obstruction for three recent depositions,

    (b) Subpoena non-compliance by Defendant which recently occurred at one of the recent depositions, and,

    (c) The non-appearance of Sheri Madrid at the noticed continuation of her percipient deposition to allow her to be questioned about documents and activities which were produced and disclosed after her original percipient deposition on November 2, 2015.

Any opposition to this discovery motion must be filed on or before November 28, 2016.

Any reply in support of this discovery motion must be filed on or before December 5, 2016.

2. The deadline to take the deposition of Wendy Harris is extended to December 9, 2016. Plaintiff is limited to 2 hours to question Ms. Harris and Defendant has half hour to cross-examine.

3. On or before November 8, 2016, Plaintiff may file a discovery motion addressing allegedly deficient responses by Bank of America to Plaintiff's Request's for Admissions.  Any opposition, to the motion by Bank of America, must be filed on or before November 15, 2016. Any reply in support of the motion must be file on or before November 22, 2016.

IT IS FURTHER ORDERED that the dispositive motions and joint pretrial order deadlines are VACATED.  The deadlines will be reset after discovery motion(s) are decided.

DATED this 4th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE