KATHLEEN J. ENGLAND, Nevada Bar No. 206
ENGLAND LAW OFFICE
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: 702.529.2311
E-mail: kengland@englandlawoffice.com
*Attorneys for Plaintiff, Alexis Gurshin*

Bethany A. Pelliconi, *Pro Hac Vice*
Lindsay L. Ryan, *Pro Hac Vice*
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067-1501
*Attorneys for Defendant, Bank of America, N. A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS GURSHIN, Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive, Defendant. | Case No.: 2:15-cv-00323-GMN-VCF<br><br>**JOINT STIPULATION TO EXTEND11/8/16 FILING DEADLINE FOR FILING RFA-RELATED DEADLINES AS ORDERED IN ECF NO. 108 AND 113, FOR TWO DAYS**<br><br>**[Second Request]** |

Plaintiff Alexis Gurshin ("Plaintiff") and Defendant, Bank of America, N. A. ("Defendant"), through their respective undersigned Counsel, hereby stipulate to request this Court for a two day extension (to November 10, 2016) of two filing deadlines tomorrow, Election Day:

- The 11/8/16 deadline for Plaintiff to file her response in opposition to Defendant Bank's Motion for Order Deeming Admitted Defendant's Second Set of Requests for Admissions to Plaintiff, Or Alternatively, Compelling Responses (ECF No. 106) (deadline set Court ORDER, ECF No. 108); and

- The 11/8/16 deadline for Plaintiff to file her motion to compel on Defendant's responses to Plaintiff's Requests for Admission, a deadline set in Court ORDER ECF No. 113.

This request is being made because:

1. Tomorrow, November 8, 2016, is Election Day and undersigned Plaintiff's Counsel is heavily involved in the legal matters both this evening and tomorrow in relation to Election Day, and will not be present in the office nor will she have sufficient time to additional meet and confer conferences and exchanges, nor to finalize and issue the 2nd Supplement to her prior responses Plaintiff intends on issuing;

2. Counsel for the parties have been meeting and conferring via email and phone conferences and this additional time will allow them to narrow the issues in dispute which are being submitted to the Court for adjudication.

Respectfully submitted,

| | |
|---|---|
| Dated: November 7, 2016 | Dated: November 7, 2016 |
| ENGLAND LAW OFFICE | MCGUIRE WOODS LLP |
| By: ___/s/_____ | By: ___/s/_____ |
| Kathleen J. England | Lindsay L. Ryan, *Pro Hac Vice* |
| 610 South Ninth Street | 1800 Century Park East, 8th Floor |
| Las Vegas, Nevada 89101-7013 | Los Angeles, California 90067-1501 |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| *ALEXIS GURSHIN* | *BANK OF AMERICA, N.A.* |

**IT IS SO ORDERED.**

Dated: 11-8-2016

_____
United States Magistrate Judge