Kathleen J. England
Nevada Bar No. 206
**ENGLAND LAW OFFICE**
610 So. Ninth Street
Las Vegas, Nevada 89101
Tel: 702.529.2311
Fax: 702.385.3823
kengland@englandlawoffice.com

Attorneys for Plaintiff ALEXIS GURSHIN

Bethany A. Pelliconi (admitted *pro hac vice*)
California Bar No. 182920
Lindsay L. Ryan (admitted *pro hac vice*)
California Bar No. 258130
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, California  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210
bpelliconi@mcguirewoods.com
lryan@mcguirewoods.com
(additional counsel listed on next page)

Attorneys for Defendant
BANK OF AMERICA, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXIS GURSHIN, an individual,<br><br>             Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; DOES 1 through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>             Defendants. | CASE NO.  2:15-cv-00323-GMN-VCF<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE MOTION DEADLINES COMMENSURATE WITH THE EXTENSIONS GRANTED TO PLAINTIFF IN DKT. #115** |

*Additional Plaintiff's Counsel*

**MCLETCHIE SHELL LLC**
Margaret A. McLetchie
   Nevada Bar No. 10931
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
TEL (702) 728-5300; FAX (702) 425-8220
maggie@nvlitigation.com

*Additional Defendant's Counsel*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Sheri M. Thome, Esq.
   Nevada Bar No. 008657
Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
TEL (702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com

2

JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE MOTION DEADLINES COMMENSURATE WITH THE EXTENSIONS GRANTED TO PLAINTIFF IN DKT. #115

The parties, Plaintiff Alexis Gurshin ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant" or "BANA") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate as follows:

## RECITALS

1. On November 7, 2016, Plaintiff filed a Joint Stipulation to Extend 11/8/16 Filing Deadline For Filing RFA-Related Deadlines As Ordered in ECF No. 108 and 113, For Two Days (Dkt. #114), which requested that the Court extend Plaintiff's deadline to file her response in opposition to Defendant's Motion for Order Deeming Defendant's Second Set of Requests For Admissions to Plaintiff, Or Alternatively, Compelling Responses (Dkt. #106) and her deadline to file a motion to compel Defendant's responses to Plaintiff's Requests for Admission, from 11/8/2016 to 11/10/2016 due to a scheduling conflict of Plaintiff's counsel.  On November 8, 2016, this Court granted the request.  *See* Dkt. #115.

2. The Parties inadvertently neglected to request a commensurate extension of Defendant's related deadlines – namely, Defendant's 11/15/16 deadline to file a reply in support of its Motion (Dkt. #106), and Defendant's 11/15/16 deadline to oppose the anticipated motion of Plaintiff to compel Defendant's responses to Plaintiff's Requests for Admission – deadlines which were previously set by the Court in Dkts. #108 and 113, respectively.  A commensurate extension is necessary to afford Defendant a fair opportunity to respond to Plaintiff's anticipated filings, as originally contemplated.

## STIPULATION

3. NOW, THEREFORE, based on the foregoing, the Parties stipulate to request this Court for a commensurate two-day extension (to November 17, 2016) for Defendant to file a reply in support of its Motion (Dkt. #106) and to oppose any motion by Plaintiff to compel Defendant's responses to Plaintiff's Requests for Admission.

IT IS SO STIPULATED.

Dated: November 14, 2016

*[signature]*

Kathleen J. England
**ENGLAND LAW OFFICE**
610 So. Ninth Street
Las Vegas, Nevada 89101
kengland@englandlawoffice.com

Margaret A. McLetchie
**MCLETCHIE SHELL LLC**
701 East. Bridger Ave., Suite 520
Las Vegas, Nevada 89101
TEL (702) 728-5300
maggie@nvlitigation.com

Attorneys for Plaintiff ALEXIS GURSHIN

Dated: November 10, 2016

Bethany A. Pelliconi, Esq.
(admitted *pro hac vice*)
Lindsay L. Ryan, Esq.
(admitted *pro hac vice*)
**MCGUIREWOODS LLP**

Sheri M. Thome, Esq.
Chad C. Butterfield, Esq.
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com

Attorneys for Defendant BANK OF AMERICA, N.A.

IT IS SO ORDERED:

DATED: 11-14-2016

*[signature]*

UNITED STATES MAGISTRATE JUDGE

---

4

JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE MOTION DEADLINES COMMENSURATE WITH THE EXTENSIONS GRANTED TO PLAINTIFF IN DKT. #115

**IT IS SO STIPULATED.**

Dated: November 14, 2016                                    Dated: November 14, 2016

_____          /s/ Lindsay L. Ryan_____
Kathleen J. England                                                 Bethany A. Pelliconi, Esq.
**ENGLAND LAW OFFICE**                                         (admitted *pro hac vice*)
610 So. Ninth Street                                                  Lindsay L. Ryan, Esq.
Las Vegas, Nevada 89101                                        (admitted *pro hac vice*)
kengland@englandlawoffice.com                            **MCGUIREWOODS LLP**

Margaret A. McLetchie                                            Sheri M. Thome, Esq.
**MCLETCHIE SHELL LLC**                                        Chad C. Butterfield, Esq.
701 East. Bridger Ave., Suite 520                           **WILSON, ELSER, MOSKOWITZ, EDELMAN &**
Las Vegas, Nevada 89101                                        **DICKER LLP**
TEL (702) 728-5300                                                  300 S. Fourth Street, 11th Floor
maggie@nvlitigation.com                                         Las Vegas, Nevada 89101
                                                                                    sheri.thome@wilsonelser.com
Attorneys for Plaintiff ALEXIS GURSHIN             chad.butterfield@wilsonelser.com

                                                                                    Attorneys for Defendant BANK OF AMERICA, N.A.

**IT IS SO ORDERED:**

DATED: _____        _____
                                                         UNITED STATES MAGISTRATE JUDGE

4

JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE MOTION DEADLINES COMMENSURATE WITH THE EXTENSIONS GRANTED TO PLAINTIFF IN DKT. #115