Kathleen J. England, NV Bar #206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com

*Attorneys for Plaintiff, Alexis Gurshin*

Bethany A. Pelliconi, (admitted *pro hac vice*)
California Bar No. 182920
Lindsay L. Ryan, (admitted *pro hac vice*)
California Bar No. 258130
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Phone: 310.315.8200; Fax: 310.315.8210
bpelliconi@mcguirewoods.com
lryan@mcguirewoods.com

*Attorneys for Defendant, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS GURSHIN, Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive, Defendant. | Case No.: 2:15-cv-00323-GMN-VCF<br><br>**JOINT STIPULATION TO EXTEND PARTIES' DEADLINES TO RESPOND TO PARTIES' RESPECTIVE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER ON MOTION TO DEEM REQUESTS ADMITTED [DKT. # 130] UNDER FED. R. CIV. P. 72(A) AND LOCAL RULE IB 3-1**<br><br>**(First Request)** |

Plaintiff Alexis Gurshin ("Plaintiff") and Defendant, Bank of America ("Defendant"), through their respective undersigned Counsel, hereby stipulate to request this Court for a seven (7) day extension (to February 10, 2017) of two filing deadlines:

- Defendant's response to Plaintiff Alexis Gurshin's Objection to Magistrate Judge's 1/6/2013 Order (ECF No. 130) Denying Additional Deposition Time for FRCP 30(b)(6) Bank Deponent/Designee on Subject No. 6 (Jennifer Miller) (ECF

No. 133); and,

- Plaintiff's response to Defendant Bank of America, N.A.'s Objections to Magistrate Judge's Order on Motion to Deem Requests Admitted [DKT. No. 130] Under Fed. R. Civ. P. 72(A) and Local Rule 1B 3-1 (ECF No. 132)

Under Fed. R. Civ. P. 72(A) and Local Rule 3-1, the deadlines for the parties to file respond to each other's Objections is currently February 3, 2017.   The request is being made because:

1. Plaintiff's Counsel has a settlement conference in an unrelated matter, scheduled to convene on the current response deadline of February 3, 2017, which requires substantive preparation and which will interfere with Plaintiff's Counsel's availability to respond to Defendant's filed Objection.

2. Defendant's Counsel has graciously agreed to extend the professional courtesy of an extension requested by Plaintiff's Counsel and to make it mutual.

Respectfully submitted,
Dated: February 2, 2017
Gilbert & England Law Firm

By: _____/s/_____
Kathleen J. England
610 South Ninth Street
Las Vegas, Nevada 89101-7013
*Attorneys for Plaintiff,*
*ALEXIS GURSHIN*

Dated: February 2, 2017
McGuireWoods LLP

By: _____/s/_____
Bethany A. Pelliconi, *Pro Hac Vice*
Lindsay L. Ryan, *Pro Hac Vice*
1800 Century Park East, 8th Floor
Los Angeles, California 90067-1501
*Attorneys for Defendant,*
*BANK OF AMERICA, N.A.*

**IT IS SO ORDERED.**

Dated: __February 10, 2017__

_____
UNITED STATES DISTRICT JUDGE

GILBERT & ENGLAND LAW FIRM
610 SOUTH NINTH STREET
LAS VEGAS, NEVADA 89101
(702) 529-2311