# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALEXIS GURSHIN, | |
| Plaintiff, | 2:15-cv-00323-GMN-VCF |
| vs. | **ORDER** |
| BANK OF AMERICA, *et al.*, | |
| Defendants. | |

The court held a settlement conference on April 26, 2017 and scheduled a continued settlement conference for May 30, 2017 at 10:00 AM. (ECF No. 191). The court has been notified that the parties wish to vacated the continued settlement conference on May 30, 2017.

Accordingly,

IT IS HEREBY ORDERED that the continued settlement conference scheduled for May 30, 2017 is VACATED. The parties may file a stipulation or motion requesting the court to reschedule the continued settlement conference to a later date.

IT IS FURTHER ORDERED that the case returns to the normal litigation track.

DATED this 24th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE