KATHLEEN J. ENGLAND, NV Bar #206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 529-2311
Fax:    (301) 608-0881
E-mail: kengland@gilbertenglandlaw.com

MARGARET A. MCLETCHIE, NV Bar # 10931
ALINA M. SHELL, NV Bar # 11711
**MCLETCHIE SHELL, LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
E-mail: maggie@nvlitigation.com *Attorneys for Plaintiff, Alexis Gurshin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXIS GURSHIN,<br><br>        Plaintiff,<br><br>V.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive, Defendant. | Case No. :2:15-cv-00323-GMN-VCF<br><br>**PLAINTIFF'S MOTION FOR MS. SWIETLIKOWSKI'S WITHDRAWAL AS ATTORNEY FOR PLAINTIFF** |

Attorney Samantha J. Swietlikowski hereby moves to withdraw as one of the attorneys representing Plaintiff Alexis Gurshin. As an attorney with The Law Offices of Gary M. Gilbert, Ms Swietlikowski was admitted to this matter *pro hac vice* on April 14, 2017 (ECF. No 179) to represent Plaintiff Alexis Gurshin. Ms. Sweitlikowski now moves to withdraw as counsel due to change in her employment.

This motion is based on Local Rule IA 11-6(b) and the Memorandum of Points and Authorities below.

Respectfully submitted this _20th_ day of June, 2017.

By: _____

SAMANTHA J. SWIETLIKOWSKI
GILBERT & ENGLAND LAW FIRM
610 NINTH STREET
LAS VEGAS, NEVADA 89101
*Attorney for Plaintiff, Alexis Gurshin*

<u>Memorandum of Points and Authorities</u>

Local Rule IA 11-6(b) permits an attorney to withdraw and Ms. Sweitlikowski is now seeking to do so. In accord with that local rule, withdrawing and undersigned attorney Ms. Sweitlikowski provides the following information:

1. The undersigned is withdrawing as counsel as she will be leaving her current employment with The Law Offices of Gary M. Gilbert & Associates, P.C. effective June 28, 2017.

2. Plaintiff Alexis Gurshin will continue to be represented the Gilbert & England Law Firm, and Ms. England, her long-time counsel, and co-counsel McLetchie Shell, i.e her previously designated attorneys.

3. On June 28, 2017, undersigned sent Ms. Gurshin a letter via first-class mail informing her of the withdrawal.

4. The filing of this Motion will serve as notice of Ms. Swietlikowski's withdrawal to Opposing Counsel.

5. A trial date has not been set and no delay will result from Ms. Swietlikowski's withdrawal.

Wherefore, for the above reasons, undersigned counsel respectfully requests that the Court allow her to withdraw and terminate her representation of Plaintiff Alexis Gurshin and that her email notification and service address (physical address: 1100 Wayne Ave, Ste. 900,

Silver Spring, MD 20910; email: sswietlikowski@ggilbertlaw.com) may be deleted from the

CM/ECF notice list in this matter.

Respectfully submitted this ____ day of June, 2017.

By: _____
SAMANTHA J. SWIETLIKOWSKI
GILBERT & ENGLAND LAW FIRM
610 NINTH STREET
LAS VEGAS, NEVADA 89101
*Attorney for Plaintiff, Alexis Gurshin*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____6-29-2017_____

GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, NV 89101
(702) 529-2311

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _28th_ day of June, 2017, that service of the foregoing **PLAINTIFF'S MOTION FOR MS. SWIETLIKOWSKI'S WITHDRAWAL AS ATTORNEY FOR PLAINTIFF** via Case Management/Electronic Case Filing will be made to:

Sheri M. Thome        sheri.thome@wilsonelser.com
Chad C. Butterfield       chad.butterfield@wilsonelser.com
**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
300 South Fourth Street, Eleventh Floor
Las Vegas, NV 89101

Bethany A. Pelliconi      bpelliconi@mcguirewooods.com
Lindsay L. Ryan         lryan@mcguirewoods.com
**McGuire Woods LLP**
1800 Century Park East, Eighth Floor
Los Angeles, CA 90067-1501

*Attorneys for Defendant*

BY: _____
AN EMPLOYEE OF GILBERT & ENGLAND LAW FIRM